**HAROLD FRIER AND MRS. JIM HOLDER v. STATE OF FLORIDA**

32 So. (2nd) 431                                      June Term, 1947
November 4, 1947                                      Division B

*B. L. Solomon,* for appellants.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed on authority of Carroll v. United States, 267 U.S. 132, 69 L. ed. 543, 45 Sup. Ct. 280, 39 A.L.R. 790.

THOMAS, C. J., BUFORD, ADAMS and BARNS, JJ., concur.